UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
KAREN BRIM,

                Plaintiff,

                13 CV 1082 (SJ) (RER)

      v.

CITY OF NEW YORK, P.O. TIMOTHY
REILLY, P.O. RALPH GIORDANO,
SERGEANT SALVATORE
MANNINO,
                Defendants.
------------------------------------------------------x

## SPECIAL VERDICT FORM

1. **FALSE ARREST.** Have Defendants proven by a preponderance of the evidence that there was probable cause to arrest Plaintiff Karen Brim on April 30, 2012?

         Yes ✓           No _____

   a. If you answered "Yes" to Question (1), then please indicate which charge or charges Defendants had probable cause to arrest Plaintiff Karen Brim for committing. Place a check mark next to the crime(s) that <u>any of you</u> find probable cause to arrest. **This question -- (1)(a) -- is the only question on this form that does not require a unanimous response.**

         Obstructing Governmental Administration _____
         Assault in the Second Degree _____
         Resisting Arrest _____ ✓ _____
         Disorderly Conduct _____ ✓ _____
         Assault in the Third Degree _____
         Attempted Criminal Obstruction of Breathing _____
         Menacing in the Second Degree _____
         Menacing in the Third Degree _____
         Harassment in the Second Degree _____
         Other _____

**COURT EXHIBIT 2**

**If you answered Yes, to Question (1), skip to Question (2).**

    b. If you answered "No," to question (1), please identify which Defendant or Defendants subjected her to a false arrest.

    Defendant Timothy Reilly     _____
    Defendant Ralph Giordano     _____
    Defendant Salvatore Mannino _____

    c. If you answered "No" to question (1), please state whether or not you believe that Plaintiff has proven, by a preponderance of the evidence, that she actually suffered compensatory damages as a result of the false arrest?

        Yes \_\_\_\_\_                No \_\_\_\_\_

    d. If you answered "Yes" to question (1)(c), please indicate who caused her to suffer compensatory damages and what amount?

    Defendant Timothy Reilly     $_____
    Defendant Ralph Giordano     $_____
    Defendant Salvatore Mannino $_____

    e. If you answered "No" to question (1)(c), please indicate who caused her to suffer nominal damages and what amount?

    Defendant Timothy Reilly     $_____
    Defendant Ralph Giordano     $_____
    Defendant Salvatore Mannino $_____

    f. Should punitive damages be awarded to Plaintiff, Karen Brim?

        Yes_____                No _____

    If you answered "Yes," state the amount of punitive damages you award: _____.

---

**2. EXCESSIVE FORCE.** Has Plaintiff proven by a preponderance of the evidence that she was subjected to excessive force by Defendant Timothy Reilly?

        Yes ✓                No \_\_\_\_\_

**If you answered "No" to Question (2), skip to Question (3).**

    a. If you answered "Yes" to question (2), please state whether or not you believe

that Plaintiff has proven, by a preponderance of the evidence, that she actually suffered compensatory damages as a result of the excessive force?

Yes ✓   No ____

b. If you answered "Yes" to question (2)(a), state the amount of the compensatory damages you award: $ 30,000

c. If you answered "No" to question (2)(a), please indicate the amount of nominal damages you award. $_____

d. Should punitive damages be awarded to plaintiff, Karen Brim?

Yes ____   No ____

If you answered "Yes," state the amount of punitive damages you award: _____.

---

**3. MUNICIPAL LIABILITY.** Has Plaintiff proven by a preponderance of the evidence that the City of New York has a custom or practice of handcuffing all hospitalized prisoners?

Yes ____   No ✓

**If you answered No to Question (3), skip to Question (4).**

a. If you answered "Yes," to Question (3), then please state whether this custom or practice caused Plaintiff's constitutional rights to be violated?

Yes ____   No ____

b. If you answered "Yes," to Question (3)(a), then please state whether you find that Plaintiff has proven, by a preponderance of the evidence, that she actually suffered compensatory damages as a result of the custom or practice?

Yes ____   No ____

c. If you answered "Yes" to question (3)(b), then please state the amount of compensatory damages you award Plaintiff. $_____

d. If you answered "No" to question (3)(b), then please state the amount of nominal damages you award Plaintiff. $_____

3

4. **ASSAULT.** Plaintiff Karen Brim proved by a preponderance of the evidence that she was assaulted?

    Yes_____          No ___✓___

**If you answered "No," to Question (4), skip to Question (5). If you answered "Yes," please indicate who committed an assault on Plaintiff.**

Defendant Timothy Reilly      _____
Defendant Ralph Giordano      _____
Defendant Salvatore Mannino _____

    a. If you answered "Yes" to question (4), please state whether or not you believe that Plaintiff has proven, by a preponderance of the evidence, that she actually suffered compensatory damages as a result of the assault?

        Yes _____          No _____

    b. If you answered "Yes" to question (4)(a), please indicate who caused Plaintiff to suffer compensatory damages and what amount?

Defendant Timothy Reilly      $_____
Defendant Ralph Giordano      $_____
Defendant Salvatore Mannino $_____

5. **BATTERY.** Has Plaintiff Karen Brim proved by a preponderance of the evidence that a battery was committed against her?

    Yes_____          No ___✓___

**If you answered "No," to Question (5), skip to Question (6). If you answered "Yes," please indicate who committed a battery against Plaintiff.**

Defendant Timothy Reilly      _____
Defendant Ralph Giordano      _____
Defendant Salvatore Mannino _____

    a. If you answered "Yes" to question (5), please state whether or not you believe that Plaintiff has proven, by a preponderance of the evidence, that she actually suffered compensatory damages as a result of the battery?

4

   Yes _____          No _____

   b. If you answered "Yes" to question (5)(a), please indicate who caused her to suffer compensatory damages and what amount?

      Defendant Timothy Reilly      $_____
      Defendant Ralph Giordano      $_____
      Defendant Salvatore Mannino   $_____

6. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.** Do you find that Plaintiff Karen Brim has proven by a preponderance of the evidence that she suffered an intentional infliction of emotional distress as a result of Defendants' conduct?

   Yes __✓__          No _____

**If you answered "No" to Question (6), you are finished. Sign and date your verdict below.**

   a. If you answered "Yes" to Question (6), please indicate who intentionally inflicted emotional distress on her?

      Defendant Timothy Reilly      __✓__
      Defendant Ralph Giordano      _____
      Defendant Salvatore Mannino   _____

   b. If you answered "Yes" to question (6), please state whether or not you believe that Plaintiff has proven, by a preponderance of the evidence, that she actually suffered compensatory damages as a result of the intentional infliction of emotional distress?

      Yes __✓__          No _____

   c. If you answered "Yes" to question (6)(b), please indicate who caused her to suffer compensatory damages and what amount?

      Defendant Timothy Reilly      $ 30,000
      Defendant Ralph Giordano      $_____
      Defendant Salvatore Mannino   $_____

**SIGN AND DATE YOUR VERDICT**

_[signature]_   7/06/2015
**Foreperson**

5